UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DUPREE ANTOINE GLASS, | No. CV 07-07018-VAP (VBK) |
| Petitioner, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| ANTHONY HEDGPETH, | |
| Respondent. | |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, Respondent's Answer, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

//

//

//

//

1  **IT IS ORDERED** that: (1) the Court accepts and adopts the Report
2  and Recommendation, (2) the Court declines to issue a Certificate of
3  Appealability ("COA");[1] and (3) Judgment be entered denying and
4  dismissing the Petition with prejudice.

6  DATED: March 12, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

---

21    [1]    Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
applicant has made a substantial showing of the denial of a
22  constitutional right."  The Supreme Court has held that, to obtain a
Certificate of Appealability under §2253(c), a habeas petitioner must
23  show that "reasonable jurists could debate whether (or, for that
matter, agree that) the petition should have been resolved in a
24  different manner or that the issues presented were 'adequate to
deserve encouragement to proceed further'."  Slack v. McDaniel, 529
25  U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks
omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26  1029 (2003).  After review of Petitioner's contentions herein, this
Court concludes that Petitioner has not made a substantial showing of
27  the denial of a constitutional right, as is required to support the
issuance of a COA.
28